**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sandra N. Irby                            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-12234 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                       /s/ *Rebecca Solarz*
                                       Rebecca Solarz
                                       01 Sep 2022, 09:53:41, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322