**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SANDRA N. IRBY | : | |
| | : | |
| DEBTOR | : | NO. 22-12234 (MDC) |

**CERTIFICATE OF SERVICE**

    I, David B. Spitofsky, Esquire, hereby certify that on October 11, 2022 I caused true and correct copies of the attached First Amended Schedules I and J to be served via First Class Mail, postage pre-paid, or electronically, upon the parties listed below:

Frederic J. Baker, Esquire
Assistant United States Trustee
Office of the United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net