**MARCUS & HOFFMAN, P.C.**
**BY:  MICHELLE J. CUNNINGHAM, ESQUIRE**
Attorney Identification No. 208793
326 West State Street
Media, PA  19063
(610) 565-4660
**Attorney for Creditor**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
|    **SANDRA N. IRBY** | : | |
| | : | |
|           **Debtor.** | : | **Case No. 22-12234-mdc** |

## WITHDRAWAL OF CLAIM

Please withdraw court claim number 1 in the amount of $3,389.37 on behalf of Creditor, Northridge Estates Condominium Association.

*Michelle J. Cunningham* (signature)

_____

Dated: 10/25/2022

MICHELLE J. CUNNINGHAM, ESQUIRE
Marcus & Hoffman, P.C.
326 West State Street
Media, PA  19063
(610) 565-4660
mcunningham@marcushoffman.com