**MARCUS & HOFFMAN, P.C.**
**BY: MICHELLE J. CUNNINGHAM, ESQUIRE**
Attorney Identification No. 208793
326 West State Street
Media, PA 19063
(610) 565-4660
**Attorney for Creditor**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
|    **SANDRA N. IRBY** | : | |
| | : | |
|    **Debtor.** | : | **Case No. 22-12234-mdc** |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Creditor, Northridge Estates Condominium Association.

*[signature: Michelle J. Cunningham]*

_____

Dated: 11/8/2022

MICHELLE J. CUNNINGHAM, ESQUIRE
Marcus & Hoffman, P.C.
326 West State Street
Media, PA 19063
(610) 565-4660
mcunningham@marcushoffman.com