## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sandra N. Irby<br>　　　　　　　　　　　Debtor(s)<br><br>Nationstar Mortgage LLC, its successors and/or assigns<br>　　　　　　　　　　　Movant<br>　　　vs.<br><br>Sandra N. Irby<br>　　　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 22-12234 MDC<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **10/10/2022, Document Number 16**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　Phone: (201)-549-5366

Dated: 12/05/2022