United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sandra N. Irby  
    Debtor

Case No. 22-12234-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Dec 22, 2022      Form ID: 155      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sandra N. Irby, 914 Northridge Drive, Norristown, PA 19403-2996 |
| 14716198 | + | David Apothaker, Esq., 520 Fellowship Road, C 306, Mount Laurel, NJ 08054-3410 |
| 14716193 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14717620 | + | FirstService Residential, c/o Christopher Dillion, 400 Campus Drive, Suite 101, Collegeville PA 19426-4948 |
| 14716199 | + | Michael D. Vagnoni, Esquire, Obermayer Rebmann Maxwell & Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102-2100 |
| 14718462 | + | Montgomery County Tax Claim Bureau, c/o Michael D. Vagnoni, Esquire, Obermayer,Rebmann,Maxwell,and Hippel,LLP, Centre Square West, Suite 3400, 1500 Market Street Philadelphia, PA 19102-2100 |
| 14718318 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, 1500 Market Street, Suite 3400, Centre Square West, Philadelphia, PA 19102-2100 |
| 14716200 | + | Montgomery County Tax Claim Bureau, One Montgomery Plaza, P.O. Box 190, Norristown, PA 19404-0190 |
| 14718461 | + | Nationstar Mortgage LLC., c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14716202 | + | Northridge Estates Condominium Associati, c/o Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14717595 | + | Northridge Estates Condominium Association, c/o Michelle J. Cunningham, Esquire, Marcus & Hoffman, P.C., 326 West State Street, Media, PA 19063-3861 |
| 14716203 | + | Office of UC Benefits, 651 Boas Street, Room 608, Harrisburg, PA 17121-0725 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14716196 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:57:38 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14716197 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2022 23:53:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14723140 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2022 23:53:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14716195 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 22 2022 23:53:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14717581 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2022 23:57:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14730875 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:53:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14718266 | ^ | MEBN | Dec 22 2022 23:50:14 | Nationstar Mortgage LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14716201 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 22 2022 23:53:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14731058 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 22 2022 23:53:00 | Nationstar Mortgage LLC, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14735810 | | Email/Text: edbknotices@ecmc.org | Dec 22 2022 23:53:00 | US Department of Education, National Payment Center, PO Box 790336, St. Louis, MO 631790336 |
| 14735512 | | Email/Text: EDBKNotices@ecmc.org | Dec 22 2022 23:53:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14730921 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:57:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731059 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:57:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14720001 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:57:38 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14716204 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2022 23:57:47 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14716194 | *+ | Sandra N. Irby, 914 Northridge Drive, Norristown, PA 19403-2996 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID B. SPITOFSKY
on behalf of Debtor Sandra N. Irby spitofskybk@verizon.net
spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL D. VAGNONI
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

United States Trustee

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 155 | Total Noticed: 27 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sandra N. Irby
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−12234−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 22,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                             Magdeline D. Coleman
                                             Chief Judge ,
                                             United States Bankruptcy Court