**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-12234** |
| **Sandra N. Irby** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **March 7, 2023 at 10:30 a.m.** |
| **Movant,** | : | |
| | : | **Place of Hearing** |
| **vs** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #2** |
| **Sandra N. Irby** | : | **Philadelphia, PA, 19107** |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |
| | : | **Related Document # 35** |

**ORDER OF COURT**

    AND NOW, to wit, this 13th   day of _____March_____ 2023, upon
consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the
Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.    The terms of the foregoing Stipulation are hereby approved in their entirety and
incorporated herein as part of this Order.

2.    Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon
default of Debtor, subject to the terms of the Stipulation.

                By the Court:

                _____
                MAGDELINE D. COLEMAN
                CHIEF U.S. BANKRUPTCY JUDGE

CC:
   Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028,
   Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

   Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA
   19107, ecfemails@ph13trustee.com (notified by ecf)

David B. Spitofsky, Attorney for Debtor, 516 Swede Street, Norristown, PA  19401, spitofskybk@verizon.net (notified by ecf)

Sandra N. Irby, Debtor, 914 Northridge Drive, Norristown, PA  19403 (notified by regular US Mail)