**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Sandra N. Irby, | : | |
| Debtor. | : | Bankruptcy No. 22-12234-MDC |

# O R D E R

**AND NOW**, pursuant to the Supplemental Application for Compensation and Reimbursement of Expenses (the "Application")[1] filed by David B. Spitofsky, Esq., (the "Applicant"), counsel to Sandra N. Irby (the "Debtor"), the Applicant requests the allowance of supplemental compensation in the amount of $500.00.

**AND**, this Court entered an Order dated December 22, 2022 (the "Confirmation Order"),[2] confirming the Debtor's Chapter 13 Plan (the "Plan")[3] providing for compensation to the Applicant in the amount of $4725.00.

**AND**, the Debtor has not sought approval of a modified plan providing for supplemental fees in the amount of $500.00, nor are supplemental fees provided for in the Plan.

**AND NOW**, therefore it is **ORDERED**, the Application is **DENIED** because the Debtor has not sought approval of a modified plan providing for supplemental fees sought pursuant to the Application.

**Dated**: October 4, 2023

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Bankr. Docket No. 42.
[2] Bankr. Docket No. 26.
[2] Bankr. Docket No. 31.