**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Sandra N. Irby** | **:** | **Case No.: 22-12234** |
| | **:** | **Chapter 13** |
| **Debtor(s).** | **:** | **Judge Patricia M. Mayer** |
| | **:** | * * * * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| | **:** | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor").  Alyk L.

Oflazian is no longer counsel for Creditor and should not receive future notices in this case.


/s/ Alyk L. Oflazian_____  /s/ Stephen R. Franks_____
Alyk L. Oflazian (312912)                               Stephen R. Franks (333394)
MDK Legal                                                        MDK Legal
P.O. Box 165028                                              P.O. Box 165028
Columbus, OH  43216-5028                            Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181                    614-220-5611; Fax: 614-627-8181
ALOflazian@mdklegal.com                            srfranks@mdklegal.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-12234** |
| **Sandra N. Irby** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Sandra N. Irby** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David B. Spitofsky, Attorney for Sandra N. Irby, spitofskybk@verizon.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Sandra N. Irby, 914 Northridge Drive, Norristown, PA  19403

/s/ Stephen R. Franks

23-002708_PS