UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Sandra N. Irby,<br><br>    Debtor.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Movant,<br><br>    v.<br><br>Sandra N. Irby,<br><br>    Debtor/Respondent,<br><br>Kenneth E. West, Esquire,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 22-12234-pmm<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this **26th** day of **February**, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
U.S. Bankruptcy Judge