United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 22-12234-pmm

Sandra N. Irby                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 2

Date Rcvd: Feb 27, 2025                      Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

**Recip ID**                **Recipient Name and Address**
db                      +   Sandra N. Irby, 914 Northridge Drive, Norristown, PA 19403-2996

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2025                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed
below:**

**Name**                        **Email Address**

ADAM BRADLEY HALL
                                on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

DAVID B. SPITOFSKY
                                on behalf of Debtor Sandra N. Irby spitofskybk@verizon.net
                                spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
                                on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL D. VAGNONI
                                on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
                                Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: Feb 27, 2025                    Form ID: pdf900                              Total Noticed: 1

MICHELLE L. MCGOWAN

on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. sdicks@raslg.com, shrdlaw@outlook.com

Stephen Franks

on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Sandra N. Irby,<br><br>      Debtor.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>       Movant,<br><br>         v.<br><br>Sandra N. Irby,<br><br>      Debtor/Respondent,<br><br>Kenneth E. West, Esquire,<br><br>      Trustee/Additional Respondent. | Bankruptcy No. 22-12234-pmm<br><br>Chapter 13 |

<u>**ORDER OF COURT**</u>

AND NOW, this___26th___day of_____February_____, 2025, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is

approved.

BY THE COURT:

_Patricia M. Mayer_

Patricia M. Mayer
U.S. Bankruptcy Judge