### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-12234** |
| **Sandra N. Irby** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Related Document # 39, 40** |
| **Fargo Auto** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Sandra N. Irby** | : | |
| **Kenneth E. West** | : | |
| | : | |
| **Respondents.** | : | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property described as 2016 Audi Q5, VIN WA1L2AFP5GA045662 and more particularly described in the Title issued on July 6, 2020.

BY THE COURT

**Date: June 16, 2025**

_____

DEREK J. BAKER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106, ecfemails@ph13trustee.com (notified by ecf)

DAVID B. SPITOFSKY, Attorney for Debtor, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401, spitofskybk@verizon.net (notified by ecf)

23-002708_EJS1

Sandra N. Irby, Debtor, 914 Northridge Drive, Norristown, PA  19403 (notified by regular US Mail)

23-002708_EJS1