United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12234-djb |
| Sandra N. Irby | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

**Recip ID        Recipient Name and Address**
db           +  Sandra N. Irby, 914 Northridge Drive, Norristown, PA 19403-2996

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 18, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

**Name                              Email Address**

ADAM BRADLEY HALL
                    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

DAVID B. SPITOFSKY
                    on behalf of Debtor Sandra N. Irby spitofskybk@verizon.net
                    spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL D. VAGNONI
                    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
                    Lucille.acello@obermayer.com;coleen.schmidt@obermayer.com

MICHELLE L. MCGOWAN

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com

MICHELLE L. MCGOWAN

    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. mimcgowan@raslg.com

ROBERT BRIAN SHEARER

    on behalf of Creditor Select Portfolio Servicing  Inc. rshearer@raslg.com

SHERRI DICKS

    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. sdicks@raslg.com, shrdlaw@outlook.com

Stephen Franks

    on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
: **Case No.: 22-12234**
**Sandra N. Irby** : **Chapter 13**
: **Judge Derek J. Baker**
Debtor(s) : * * * * * * * * * * * * * * * * * *

:
**Wells Fargo Bank, N.A., d/b/a Wells** : Related Document # 39, 40
**Fargo Auto** :
Movant, : U.S. Bankruptcy Court
: 900 Market Street, Suite 400
vs : Philadelphia, PA, 19107
:
**Sandra N. Irby** :
**Kenneth E. West** :
Respondents. :

## ORDER OF COURT

AND NOW, this ____ day of _____, 20___, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property described as 2016 Audi Q5, VIN WA1L2AFP5GA045662 and more particularly described in the Title issued on July 6, 2020.

BY THE COURT

**Date: June 16, 2025**

_____
DEREK J. BAKER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Stephen R. Franks, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106, ecfemails@ph13trustee.com (notified by ecf)

DAVID B. SPITOFSKY, Attorney for Debtor, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401, spitofskybk@verizon.net (notified by ecf)

23-002708_EJS1

Sandra N. Irby, Debtor, 914 Northridge Drive, Norristown, PA  19403 (notified by regular US Mail)

23-002708_EJS1