# United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

| | | |
|---|---|---|
| IN RE:   SANDRA N IRBY | CASE NO.: | 22-12234 |
| | CHAPTER: | 13 |

Debtors

**Change of address – Payment for Creditor**

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

Old Notifications address

New Notifications address

Old payment address
Wells Fargo Auto
PO Box 17900
Denver CO 80217-0900

New payment address
Wells Fargo Auto
PO Box 51963
Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/05/2025        /s/Lisa Johnson
                  Account Resolution Associate Manager
                  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Eastern District of Pennsylvania (Philadelphia)

IN RE:   SANDRA N IRBY                    CASE NO:   22-12234
                                          CHAPTER:   13

   Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/05/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


11/05/2025                          /s/Lisa Johnson
                                    Account Resolution Associate Manager
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto